```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32951
   PAULETTE CARITA JULION
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1555


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/19/2005 and was confirmed 10/03/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was paid in full 12/15/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
  STATE FARM BANK            SECURED            2045.05       66.03        2045.05
  STATE FARM BANK            UNSECURED       NOT FILED          .00            .00
  CAPITAL ONE                UNSECURED          2732.17         .00        2732.17
  NORTHLAND GROUP INC        NOTICE ONLY     NOT FILED          .00            .00
  CAPITAL ONE                UNSECURED          1255.45         .00        1255.45
  NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED          .00            .00
  CAPITAL ONE                UNSECURED          1221.70         .00        1221.70
  BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED          .00            .00
  GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED          .00            .00
  HARRIS & HARRIS            NOTICE ONLY     NOT FILED          .00            .00
  MAGES & PRICE              UNSECURED       NOT FILED          .00            .00
  B-LINE LLC                 UNSECURED          7605.48         .00        7605.48
  WOLPOFF & ABRAMSON LLP     NOTICE ONLY     NOT FILED          .00            .00
  RETAILERS NATIONAL BANK    UNSECURED       NOT FILED          .00            .00
  FREEDMAN ANSELMO & LINDB   NOTICE ONLY     NOT FILED          .00            .00
  TARGET NATIONAL BANK       UNSECURED          2621.32         .00        2621.32
  PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
  TOM VAUGHN                 TRUSTEE                                       1,342.76
  DEBTOR REFUND              REFUND                                          412.54

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE               22,002.50

  PRIORITY                                          .00
  SECURED                                      2,045.05
     INTEREST                                     66.03
  UNSECURED                                   15,436.12
  ADMINISTRATIVE                               2,700.00
  TRUSTEE COMPENSATION                         1,342.76

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 32951 PAULETTE CARITA JULION
```

```
DEBTOR REFUND                                                   412.54
                                    ---------------      ---------------
TOTALS                                    22,002.50            22,002.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```